# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **MELBA JOYCE MCDANIEL WALSH.,** | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION: 24-00396-KD-N |
| **STEPHEN BILLY,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge, (Doc. 22), made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Defendants Kenneth Brazil and Russell Clausdell and the claims asserted against them be **DISMISSED** without prejudice, with the single remaining claim, Claim 12, proceeding against Steven Billy.

**DONE** this **20th** day of **January 2026.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**