### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MELBA JOYCE MCDANIEL WALSH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL ACTION: 24-00396-KD-N** |
| | ) | |
| **STEPHEN BILLY,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge, (doc. 24), made under 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b), and S.D. Ala. GenLR72(c), and dated March 27, 2026, is **ADOPTED** as the opinion of this Court. The Court notes Plaintiff Melba Joyce McDaniel Walsh filed an Amendment, (doc. 25), to her second Amended Complaint, (doc. 19), after the Report and Recommendation was filed. The Amendment fails to address the basis for dismissal, i.e. prosecutorial immunity. Therefore, the Amendment to the second Amended Complaint, (doc. 25), is **MOOT**.

Accordingly, it is **ORDERED** that this case is **DISMISSED** with prejudice.

**DONE** this **27th** day of **April**, 2026.

> **s/ Kristi K. DuBose**
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**